# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1602. MEGASTRUCTURE, LLC v. CHOATE CONSTRUCTION COMPANY.**

The Appellant in the above-styled appeal, pursuant to Court Rule 41(g), has filed Appellant's Motion To Withdraw Appeal.  Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/28/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                     *, Clerk.*